AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daniel Edwin Wilson<br><br>*Defendant* | Case: 1:23-mj-103<br>Assigned To: Magistrate Judge Zia M. Faruqui<br>Assigned Date: 5/17/2023<br>Description: COMPLAINT WITH ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   __Daniel Edwin Wilson__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket on any Capitol Grounds.

Date: May 17, 2023

*Issuing officer's signature*  2023.05.17 15:25:01 -04'00'

City and state:   Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* MAY 17, 2023, and the person was arrested on *(date)* MAY 25, 2023
at *(city and state)* Elizabethtown, KY.

Date: MAY 25, 2023

*Arresting officer's signature*

Special Agent, FBI
*Printed name and title*