UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No.: 23-cr-427 (DLF) |
| : | |
| DAN EDWIN WILSON, : | |
| : | |
| Defendant.    : | |

## JOINT STATUS REPORT

The United States of America and the defendant hereby jointly submit this status report, pursuant to the Court's Minute Entry of December 12, 2023. In this status report, the Court asked the parties to propose a pretrial schedule.

The parties note that defense counsel has filed a motion to dismiss Count One or, in the alternative, to stay further proceedings in this action pending the Supreme Court's ruling in *Fischer v. United States*, 23-5572. *See* ECF No. 28. The United States intends to file its opposition to these motions separately.

In the event the Court does not stay all proceedings pending *Fischer*, the parties jointly propose a trial date in July, August, or September of 2024. Defense counsel notes that he has a sex trafficking trial in March, leave from mid-April to mid-May, and a terrorism trial in June. Defense counsel has additional conflicts in October, November, and December 2024. Counsel for the United States has a trial scheduled for August 5, 2024—*United States v. Bisignano*, 21-cr-36 (CJN)—which should not take longer than a week and a half.

The parties have prepared the attached proposed Pretrial Scheduling Order, which incorporates a July 8, 2024 trial date. To the extent the Court grants a stay of proceedings pending the Supreme Court's ruling in *Fischer*, the parties request an opportunity to submit a status report

regarding a proposed pretrial schedule within two weeks of a ruling in *Fischer*.

The United States has continued to provide discovery to the defense. Although a substantial portion of the most relevant, individualized discovery currently available has already been provided to counsel, the United States notes that the FBI is still in the process of extracting and scoping certain digital devices seized from the defendant, and the scoped and unscoped forensic images of those digital devices will be produced as soon as available. The United States anticipates this will take place within the next few weeks.

The parties jointly request that the time between the February 7, 2024, status conference date and the trial date set by the Court, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). The parties seek the exclusion of time to allow the United States to continue to provide individualized discovery to the defendant, as well as global discovery generated from other sources, and to provide the defendant and the United States reasonable time necessary to prepare for trial. The parties further note and agree that time is automatically excluded under the Speedy Trial Act during the pendency of the defendant's motion, ECF No. 28, pursuant to Section 3161(h)(1)(D).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  */s/ Anthony W. Mariano*  
     Anthony W. Mariano  
     MA Bar No. 688559  
     Trial Attorney, Detailee  

By:  */s/ Scott T. Wendelsdorf*  
     Scott T. Wendelsdorf  
     KY Bar No. 75790  
     Western District of Kentucky

| | |
|---|---|
| United States Attorney's Office<br>for the District of Columbia<br>601 D Street NW<br>Washington, D.C. 20530<br>(202) 476-0319<br>Anthony.Mariano2@usdoj.gov<br><br>***Counsel for the United States*** | Federal Community Defender<br>629 S. 4th Street<br>Suite 200<br>Louisville, KY 40202<br>(502) 584-0525<br>Scott_Wendelsdorf@fd.org<br><br>***Counsel for Dan Edwin Wilson*** |