NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  23-CR-00427-DLF

**DAN EDWIN WILSON**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

/s/ Norman A. Pattis, Esq.
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Norman A. Pattis, Esq. DC Bar #64791
(Attorney & Bar ID Number)
Pattis & Paz, LLC
(Firm Name)
383 Orange St., 1st Floor
(Street Address)
New Haven, CT  06511
(City)         (State)         (Zip)
203-393-3017
(Telephone Number)