# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 23-CR-00427-DLF |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| DAN EDWIN WILSON | ) | |
| DEFENDANT | ) | APRIL 30, 2024 |

## MOTION TO ADJOURN HEARING

The undersigned, on behalf of the defendant, DAN EDWIN WILSON, requests that the status conference set for May 3, 2024 in the instant case be adjourned. In support hereof, the undersigned represents as follows:

1. The undersigned is counsel of record for DAN EDWIN WILSON.

2. The Government and Mr. Wilson are close to coming to terms on a plea negotiation that will resolve this case.

3. The undersigned also has a conflict on the 3rd due to a personal commitment that was set months ago.

4. The Government consents to this motion.

5. The undersigned requests that a status conference be set during the week of May 13, 2024, at which time it is expected that the parties will report that Mr. Wilson will be prepared to enter a plea.

**DEFENDANT, DAN EDWIN WILSON**

By **/s/   Norman A. Pattis, Esq.**
Norman A. Pattis, Esq.
Pattis & Paz, LLC
383 Orange St., 1st Floor
New Haven, CT  06511
Phone:     (203) 393-3017
Fax:         (203) 393-9745
Email:      npattis@pattispazlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____/s/   Norman A. Pattis, Esq._____