UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:23-cr-00427-DLF-1 |
|    Plaintiff | : | |
| V. | : | |
| | : | |
| | : | |
| DAN EDWIN WILSON | : | SEPTEMBER 26, 2025 |
|    Defendant | | |

## MOTION FOR STAY OF ANY ORDER PERTAING TO RELEASE FROM COSTODY

Mr. Wilson was among the approximately 1,400 people granted presidential pardons on January 20, 2025 by President Donald J. Trump. He was subsequently released by the Bureau of Prisons. Upon information and belief, the Bureau of Prisons seeks to have Mr. Wilson return to prison. Mr. Wilson requests a stay of any order that he return to custody.

In support hereof, the undersigned represents as follows:

1. Mr. Wilson pleaded guilty and was sentenced to a period of 60 montns incarceration by the Court for two sets of charges: firearms convictions arising out of the Western District of Kentucky, and charges arising from his participation in the riot at the Capitol on January 6, 2021.

2. Each set of charges ran concurrently to one another.

3. On or about January 20, 2025, pursuant to an Executive Order of the President of the United States, Mr. Wilson was pardoned.

4. Mr. Wilson was promptly released from the Beckley Federal Correctional Institution in West Virginia.

5. Mr. Wilson was not placed on supervised release.

1

6. Although the firearms charges arose from evidence seized in a search of Mr. Wilson's home, that search warrant was issued to seek evidence of his participation in the Capitol riot. It pre-dated his arrest on riot-related charges.

7. At this moment, Mr. Wilson has been released without conditions or supervised released.

8. Whether he was, in fact, pardoned of both sets of offenses has yet to be litigated.

9. Mr. Wilson requests an order staying any effort to take him back into custody while this issue is litigated.

WHEREFORE, the undersigned requests an order barring any efforts either to take him into custody or requiring him to turn himself in to the Bureau of Prisons until such time as the scope of the President's order is clarified.

        THE DEFENDANT
        <u>By /s/ Norman Pattis /s/</u>
        NORMAN PATTIS
        Pattis & Paz ,LLC
        383 Orange Street New Haven, CT 06511 Tel: 203-393-3017
        Fax: 203-393-9745
        npattis@pattislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing date, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.

3

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ NORMAN PATTIS