UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-00427 (DLF) |
| | : | |
| **DAN EDWIN WILSON** | : | |
| | : | |
| **Defendants.** | : | |

**MOTION TO WITHDRAW**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to allow Assistant United States Attorney Mindy Deranek to withdraw as co-counsel in this matter. Assistant United States Attorney Jennifer Blackwell will continue to represent the government in any further proceedings in this matter.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
DC Bar No. 481866

By:  */s/ Mindy Deranek*
MINDY DERANEK
Washington State Bar No. 43085
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7776
Mindy.Deranek@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of January 2025, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>  /s/ Mindy Deranek
> MINDY DERANEK
> Washington State Bar No. 43085
> Assistant United States Attorney
> United States Attorney's Office
> 601 D Street N.W.
> Washington, D.C. 20530
> Telephone: 202-252-7776
> Mindy.Deranek@usdoj.gov