THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DAN EDWIN WILSON,   )<br>  Defendant   )<br>_____ / | Case No. 23-cr-427 (DLF)<br>           24-cr-238 (DLF) |

## NOTICE OF CERTIFICATE OF PARDON

The Defendant, Dan Edwin Wilson, through undersigned counsel, respectfully gives notice of his Certificate of Pardon provided by the U.S. Office of the Pardon Attorney, attached as Exhibit A, memorializes the President's pardoning of Mr. Wilson in the above-listed cases. *United States v. Dan Edwin Wilson*, No. 1:23-cr-427 & 1:24-cr-238 (DLF).

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Dan Edwin Wilson
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
 GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*

# EXHIBIT A

# Donald J. Trump

*President of the United States of America*

# Certificate of Pardon

*Daniel Edwin Wilson*
*Dan Edwin Wilson*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington,*
*District of Columbia, on*
*January 29, 2025.*



ID319321