UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL EDWIN WILSON,<br><br>*Defendant.* | No. 25-cv-545 (DLF)<br>No. 23-cr-427-1 (DLF) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, Dkt. 107, is **DENIED**. It is further

**ORDERED** that the Court's Minute Order of February 26, 2025, staying its February 7, 2025 order directing the defendant to surrender to the Bureau of Prisons, is **VACATED**. It is further

**ORDERED** that the defendant shall self-surrender to the Bureau of Prisons, as directed by the United States Probation Office, to serve the remainder of the five-year (60 month) concurrent sentence the Court imposed for his Western District of Kentucky firearm convictions, *see* Judgment at 2, Dkt. 79. It is further

**ORDERED** that a Certificate of Appealability is hereby **ISSUED** as to the issue of whether the continued incarceration of the defendant would violate his Fifth Amendment due process rights in light of President Trump's January 20, 2025 pardon, Proclamation No. 10887, 90 Fed. Reg. 8331 (Jan. 29, 2025).

**SO ORDERED.**

March 13, 2025

_____
DABNEY L. FRIEDRICH
United States District Judge