# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 23-cr-427-1 / 25-cv-545
)
DAN EDWIN WILSON )

## NOTICE OF APPEAL

Name and address of appellant:      DAN EDWIN WILSON
8106 Timmy Lane
Louisville, Kentucky 40219

Name and address of appellant's attorney:   George T. Pallas, Esq.,
GEORGE T. PALLAS, P.A.
2420 Coral Way,    Miami, Florida 33145
Telephone: (305) 856-8580
Email: George@PallasLaw.com

Offense:   26 U.S.C. §§5841, 5861(d), & 5871, felon in-possession, 18 U.S.C. §§ 922(g)(1) & 924(a)(2)

Concise statement of judgment or order, giving date, and any sentence:

Order Denying Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. 2255 dated March 13, 2025, A Certificate of Appealability (COA) has been issued by the District Court. Sentence: 60 months.

Name and institution where now confined, if not on bail:   Ordered to report April 2, 2025 to FCI Beckley

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

MARCH 28, 2025                                    DAN EDWIN WILSON
DATE                                              APPELLANT

                                                  ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ✓
PAID USCA FEE ✓
Does counsel wish to appear on appeal?                    YES ✓   NO ☐
Has counsel ordered transcripts?                          YES ✓   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐   NO ✓